UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Timothy D. Capron,

                      Plaintiff,

    v.                                                                                5:12-CV-1618

Commissioner of Social Security,

                      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
Senior United States District Judge

## **DECISION and ORDER**

      This matter was referred to the Hon. Andrew T. Baxter, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Rule 72.3(d) of the Local Rules of the Northern District of New York. No objections to the December 2, 2013 Report-Recommendation have been raised. After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice. Accordingly, this Court accepts and adopts the Report-Recommendation for the reasons stated therein.

      Therefore, it is **ORDERED** that the Commissioner's decision be affirmed and the Plaintiff's complaint be **DISMISSED.**

**IT IS SO ORDERED.**

Dated:   February 11, 2014

Thomas J. McAvoy
Senior, U.S. District Judge